

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2015

No. 04-15-00435-CV

**AUGLLE, L.L.C.,** Wrap It Up, L.L.C., James A. McVey, Jr., Individually, and Valdis Karlis
Gravis Krumins, Individually,
Appellants

v.

David A. **MONROE**, E-Watch Corporation, E-Watch, Inc., and The Telesis Group, Inc., each
Individually and as Member of Power Surveillance Corporation, L.L.C.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07230
Honorable Gloria Saldana, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's amended temporary injunction signed June 30, 2015, and the trial court's order sealing the temporary injunction order. On August 18, 2015, appellants filed a motion for temporary relief from the temporary injunction and to unseal the temporary injunction order. Appellants' filing consists of three separate motions.

Appellants first request that we stay the trial court's injunction. Appellants have not shown they are entitled to the relief requested. Appellants' motion to stay is DENIED.

Appellants next request that we order the trial court to increase the amount of the bond because the $100 bond amount set in the amended temporary injunction is inadequate to protect their rights. This issue goes to the merits of the appeal. Appellants' motion to require the trial court to increase the bond amount is DENIED.

Finally, appellants request that we order the trial court to unseal certain orders. Appellants argue without explanation that the "sealing of the orders makes presentation of the case on appeal difficult." Appellants' motion to order the trial court to unseal is DENIED WITHOUT PREJUDICE to refiling the motion with an explanation of how filing their brief under seal would prevent them from presenting the merits of the appeal.

Appellants are reminded that their brief is due September 10, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court